BEFORE THE FIRST DIVISION, JANUARY 11, 1943

**No. 47894.**—Protest 34481–K of H. H. Elder & Co. (Los Angeles).

Opinion by WALKER, J.  At the trial the importer testified, and one of the so-called kernels which the witness called a "nut" was received in evidence as exhibit 2.  However, this witness displayed no qualifications to enable him to testify with authority that exhibit 2 is a nut, nor does it appear that he is a botanist or had any extensive learning or experience on the subject of nuts.  No other witnesses were called.  On the record presented, which was held insufficient to warrant a finding

that the oil in question has therapeutic or medicinal properties and is chiefly used for medicinal purposes, and no effort having been made to prove that the oil in question was not edible, all claims in the protest were overruled.